# THE STATE OF SOUTH CAROLINA
## In The Supreme Court

Neal Beckman, Employee, Respondent,

v.

Sysco Columbia, LLC, Employer, and Gallagher Bassett Services, Inc., Carrier, Petitioners.

Appellate Case No. 2014-001691

---

## ON WRIT OF CERTIORARI TO THE COURT OF APPEALS

---

Appeal from the Appellate Panel
South Carolina Workers' Compensation Commission

---

Opinion No. 27590
Heard November 3, 2015 – Filed November 18, 2015

---

## DEPUBLISH THE OPINION OF THE COURT OF APPEALS AND DISMISS CERTIORARI AS IMPROVIDENTLY GRANTED

---

Kathryn Fiehrer Walton, of Wood Law Group, L.L.C., of Charleston, for Petitioners.

Frederick W. Riesen, Jr., of Riesen Law Firm, L.L.P., of N. Charleston, and Stephen Benjamin Samuels, of Samuels Law Firm, L.L.C., of Columbia, both for Respondent.

**PER CURIAM:**  We granted the petition for a writ of certiorari to review the Court of Appeals' decision in *Beckman v. Sysco Columbia*, L.L.C., 408 S.C. 501, 759 S.E.2d 750 (Ct. App. 2014).  We first direct the Court of Appeals to depublish its opinion and assign the matter an unpublished opinion number.  The above opinion shall no longer have any precedential effect.  Next, we dismiss as improvidently granted the writ of certiorari.

Accordingly, we

**DEPUBLISH THE OPINION OF THE COURT OF APPEALS AND DISMISS CERTIORARI AS IMPROVIDENTLY GRANTED.**

**TOAL, C.J., PLEICONES, BEATTY, KITTREDGE and HEARN, JJ., concur.**